# In The United States Court of Federal Claims

## Cover Sheet

**ORIGINAL**

Plaintiff(s) or Petitioner(s)

PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation; CITY OF EUGENE, OREGON, acting by and through the Eugene Water and Electric Board, a municipal utility corporation of the State of Oregon, and PacifiCorp, an Oregon corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] MICHAEL J. HENKE

Firm Name: VINSON & ELKINS L.L.P.

Post Office Box:

Street Address: 1455 Pennsylvania Avenue, N.W, Suite 600

City-State-Zip: Washington, D.C. 20004-1008

Telephone & Facsimile Numbers: (202) 639-6529; Facsimile: (202) 639-6604

E-mail address: mhenke@velaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ 217,000,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003