ORIGINAL

FILED
JAN - 6 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,

THE CITY OF EUGENE, OREGON, acting by and through the EUGENE WATER AND ELECTRIC BOARD, a municipal utility corporation of the State of Oregon,

and

PACIFICORP, an Oregon corporation,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 04-0009C

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a), Plaintiffs in the captioned action hereby disclose their ownership:

1. Portland General Electric Company is 100 percent owned by Enron Corp.

2. Eugene Water and Electric Board is an Oregon municipal corporation not subject to Rule 7.1(a).

3. PacifiCorp is an indirect wholly owned subsidiary of Scottish Power, plc. Scottish Power, plc is the only publicly traded company that owns 10 percent or more of PacifiCorp's stock.

Respectfully submitted,

Michael J. Henke
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6529
Facsimile: (202) 639-6604

Counsel of Record for Plaintiffs

*Of Counsel:*

David A. Aamodt
Portland General Electric Company
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 464-8861

G. Kevin Kiely
Cable Huston Benedict Haagensen
& Lloyd, LLP
1001 S.W. 5th Avenue
Portland, Oregon 97204-1136
Telephone: (503) 224-3092

Natalie L. Hocken
PacifiCorp
825 N.E. Multnomah Street, Suite 1800
Portland, Oregon 97232
Telephone: (503) 813-7205

Tegan M. Flynn
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6598

Dated: January 6, 2004