ORIGINAL

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

FILED
JAN - 6 2004
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>THE CITY OF EUGENE, OREGON, acting by and through the EUGENE WATER AND ELECTRIC BOARD, a municipal utility corporation of the State of Oregon,<br><br>and<br><br>PACIFICORP, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 04-0009C<br>Civil Action No. |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2, Plaintiffs set out below the titles and case numbers of the directly cases that have been previously filed in this Court. In each case, the directly related case involves the same contract with the Department of Energy that is at issue in the captioned case. The issues raised by Rule 40.2(a)(4) have been addressed by this Court in connection with the directly related cases already on file. Plaintiffs understand that the Court has decided it will neither assign all of the directly related cases to a single judge nor consolidate them, but it has designated six of the directly related cases to proceed, with the balance to be stayed. Plaintiffs have no objection to a stay of their case.

The directly related cases are as follows:

98-126C – Yankee Atomic Electric Company
98-154C – Connecticut Yankee Atomic Power Company
98-474C – Maine Yankee Atomic Power Company
98-483C – Florida Power & Light Company
98-484C – Northern States Power Company
98-485C – Duke Power, a Division of Duke Energy Corp.
98-486C – Indiana Michigan Power Company
98-488C – Sacramento Municipal Utility District
98-614C – Southern Nuclear Operating Company, *et al.*
98-621C – Commonwealth Edison Company
99-447C – Boston Edison Company
00-440C – GPU Nuclear, Inc.
00-697C – Wisconsin Electric Power Company
00-703C – Power Authority of the State of New York
01-115C – Omaha Public Power District
01-116C – Nebraska Public Power District
01-249C – Tennessee Valley Authority
01-551C – PSEG Nuclear LLC
02-898C – Vermont Yankee Nuclear Power Corp.
02-926C – Detroit Edison Company
02-1894C – Consumers Energy Company

Respectfully submitted,

Michael J. Henke
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6529
Facsimile: (202) 639-6604

Counsel of Record for Plaintiffs

*Of Counsel:*

David A. Aamodt
Portland General Electric Company
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 464-8861

G. Kevin Kiely
Cable Huston Benedict Haagensen
& Lloyd, LLP
1001 S.W. 5th Avenue
Portland, Oregon 97204-1136
Telephone: (503) 224-3092

Natalie L. Hocken
PacifiCorp
825 N.E. Multnomah Street, Suite 1800
Portland, Oregon 97232
Telephone: (503) 813-7205

Tegan M. Flynn
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6598

Dated: January 6, 2004