IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>THE CITY OF EUGENE, OREGON, acting by and through the EUGENE WATER AND ELECTRIC BOARD, a municipal utility corporation of the State of Oregon,<br><br>and<br><br>PACIFICORP, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0009C<br>(Judge Bruggink) |

MOTION FOR AN ENLARGEMENT OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS

Plaintiffs, Portland General Electric Company, The City of Eugene, Oregon, acting by and through the Eugene Water Electric Board, and PacifiCorps (collectively, "Plaintiffs"), and defendant, the United States, respectfully request, through mutual agreement, that the Court extend the Plaintiffs' period of time for filing any responsive pleading to "Defendant's Motion To Stay All Proceedings Or, In The Alternative, For Coordinated Discovery Regarding Rate And Schedule Issues" through April 8, 2004. Counsel for Plaintiffs has informed counsel for defendant that, when defendant's motion was received, Plaintiffs' counsel of record was in an arbitration out of town and is currently out of state. In addition, Plaintiffs' counsel has represented that, due to the cancellation of certain training classes, plaintiffs' counsel has experienced delays in ECF registration. To provide Plaintiffs with sufficient time to develop a

response to defendant's filing, Plaintiffs request that the Court grant this enlargement, and defendant does not object to Plaintiffs' request. Because counsel for Plaintiffs does not yet have access to the Court's ECF system, defendant is filing this motion upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S, Department of Eneryg
1000 Independence Avenue, S.W.
Washington, D.C. 20585

March 22, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2004, a copy of foregoing "MOTION FOR AN ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.