**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation, | ) | |
| THE CITY OF EUGENE, OREGON, acting by and through the EUGENE WATER AND ELECTRIC BOARD, a municipal utility corporation of the State of Oregon, | ) | |
| and | ) | Civil Action No. 04-009C |
| PACIFICORP, an Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**<u>PLAINTIFFS' JOINDER IN DEFENDANT'S MOTION
TO STAY ALL PROCEEDINGS</u>**

Plaintiffs Portland General Electric Company ("PGE"), the City of Eugene, Oregon, acting by and through the Eugene Water and Electric Board ("EWEB"), and PacifiCorp ("Pacific"), hereby join in Defendant's Motion to Stay All Proceedings in the captioned matter, until completion of the trials in <u>Commonwealth Edison Co. v. United States</u>, No. 98-621C (Hewitt, J.); <u>Yankee Atomic Electric Co. v. United States</u>, No. 98-126C (Senior Judge Merow); and <u>Indiana Michigan Power Co. v. United States</u>, No. 98-486C (Hodges, J.).

On March 8, 2004 Defendant, the United States, filed its Motion to Stay All Proceedings, Or, in the Alternative, for Coordinated Discovery Regarding Rate and Schedule Issues. By order entered March 22, 2004, this Court extended the time within which to file a response to the Defendant's motion to and including April 8, 2004. Thus Plaintiffs' response is timely filed.

Plaintiffs concur in Defendant's assertion that "it would be inefficient and potentially unjust to allow matters to proceed in this case while those same issues are being addressed at trial [in other cases]." Accordingly, Plaintiffs join in Defendant's Motion to Stay All Proceedings in the captioned case.

Plaintiffs respectfully request that they be given a subsequent opportunity to respond to Defendant's Alternative Motion for Coordinated Discovery Regarding Rate and Schedule Issues ("Alternative Motion"), should this Court deny Defendant's Motion to Stay All Proceedings. As the Alternative Motion will only be heard by this Court if the Motion to Stay is denied, Plaintiffs respectfully submit that both the resources of this Court and those of the parties will be conserved by only addressing the Alternative Motion if it becomes necessary. Plaintiffs will abide by whatever scheduling order the Court sets for the filing of a response to the Alternative Motion, should the Motion to Stay be denied.

Respectfully submitted,

s/Michael J. Henke

Michael J. Henke
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6529
Facsimile: (202) 639-6604

Counsel of Record for Plaintiffs

*Of Counsel:*

David A. Aamodt
Portland General Electric Company
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 464-8861

G. Kevin Kiely
Cable Huston Benedict Haagensen
& Lloyd, LLP
1001 S.W. 5th Avenue
Portland, Oregon 97204-1136
Telephone: (503) 224-3092

Natalie L. Hocken
PacifiCorp
825 N.E. Multnomah Street, Suite 1800
Portland, Oregon 97232
Telephone: (503) 813-7205

Tegan M. Flynn
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone: (202) 639-6598

Dated: April 6, 2004