# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**PORTLAND GENERAL ELECTRIC COMPANY,** and Oregon corporation,

**THE CITY OF EUGENE, OREGON,** acting by and through the **EUGENE WATER AND ELECTRIC BOARD**, a municipal utility corporation of the State of Oregon,

and

**PACIFICORP**, an Oregon corporation

Plaintiffs,

v.

**THE UNITED STATES**

Defendant.

Civil Action No. 04-009C
(Judge Bruggink)

## PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

In accordance with Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully request that their Counsel of Record in this action be changed, as described below. Pursuant to Rule 83.1(c)(4), an affidavit of appointment of counsel and written consent from prior counsel are attached to this motion.

Plaintiffs request that Brad Fagg of Morgan, Lewis, and Bockius LLP be substituted by the Clerk as Counsel of Record in this action. Counsel and the Court are respectfully requested to serve Mr. Fagg with copies of all court filings, correspondence, and orders.

December 28, 2004

Respectfully submitted,

s/ Brad Fagg

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, N.W.
Washington, D.C. 20004
(202) 739-5191 (Phone)
(202) 739-3001 (Fax)

*Of Counsel:*

David A. Aamodt
Portland General Electric Company
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 464-8861

G. Kevin Kiely
Cable Huston Benedict Haagensen
& Lloyd, LLP
1001 S.W. 5th Avenue
Portland, Oregon 97204-1136
Telephone: (503) 224-3092

Natalie L. Hocken
PacifiCorp
825 N.E. Multnomah Street, Suite 1800
Portland, Oregon 97232
Telephone: (503) 813-7205

Attorneys for Plaintiffs

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY,** and Oregon corporation,<br><br>**THE CITY OF EUGENE, OREGON,** acting by and through the **EUGENE WATER AND ELECTRIC BOARD**, a municipal utility corporation of the State of Oregon,<br><br>and<br><br>**PACIFICORP**, an Oregon corporation<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES**<br><br>Defendant. | Civil Action No. 04-009C<br>(Judge Bruggink) |

**AFFIDAVIT OF APPOINTMENT OF BRAD FAGG PURSUANT TO RCFC 83.1(c)(4)**

I, Brad Fagg, declare as follows:

1. I am a partner in the Washington, D.C. office of Morgan, Lewis, & Bockius, LLP. My business address and contact information is: 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone: 202-739-5191, and facsimile: 202-739-3001. I have been appointed by the plaintiffs in this action as Counsel of Record, and have authority to act in that regard.

2. I am admitted to practice in New York and the District of Columbia, and before the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.
3. This affidavit is being submitted pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims.

I declare under penalty of perjury that the foregoing it true and correct.

12/28/04 s/ Brad Fagg

Date Brad Fagg

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY,** and Oregon corporation,<br><br>**THE CITY OF EUGENE, OREGON,** acting by and through the **EUGENE WATER AND ELECTRIC BOARD**, a municipal utility corporation of the State of Oregon,<br><br>and<br><br>**PACIFICORP**, an Oregon corporation<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES**<br><br>Defendant. | ) | Civil Action No. 04-009C<br>(Judge Bruggink) |

**CONSENT TO SUBSTITUTION OF COUNSEL**

In accordance with Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, I consent to the change in the Counsel of Record for plaintiffs in this action to Brad Fagg of Morgan, Lewis & Bockius, LLP.

Dated this 28th day of December, 2004

Respectfully submitted,

s/ Michael J. Henke /s Tegan M. Flynn s/ Brad Fagg
Michael J. Henke
Vinson & Elkins L.L.P.
The Willard Office Building, Suite 600
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that on this 28th day of December, 2004, the foregoing Plaintiffs' Unopposed Motion for Substitution of Counsel was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record:

s/ Paul Bessette