# In the United States Court of Federal Claims

No. 04-9 C
(Filed: January 24, 2006)

| | |
|---|---|
| *********************************** | |
| PORTLAND GENERAL ELECTRIC COMPANY et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**TRANSFER ORDER**

The necessary agreement by both judges being present, to promote docket efficiency, and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Eric G. Bruggink.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge