# In the United States Court of Federal Claims

**No. 04-9C**
**Filed: March 28, 2006**

PORTLAND GENERAL ELECTRIC
COMPANY, et al.

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Senior Judge Eric G. Bruggink**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop
Brian Bishop, Clerk