**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**PORTLAND GENERAL ELECTRIC COMPANY,** an Oregon Corporation,

**THE CITY OF EUGENE, OREGON,** acting by and through the **EUGENE WATER AND ELECTRIC BOARD,** a municipal utility Corporation of the state of Oregon,

and

**PACIFICORP**, an Oregon Corporation

Plaintiffs,

v.

**UNITED STATES OF AMERICA,**

Defendant.

No. 04-0009C

Judge Bruggink

**JOINT STATUS REPORT**

Pursuant to this Court's order of January 9, 2006, the parties respectfully file this joint status report. As described below, the parties jointly request that the current stay of this case be extended until December 15, 2006.[1]

This action is based upon a Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract") between various utilities and the United States, acting through the Department of Energy ("DOE"), the material terms of which are published at 10 C.F.R. § 961.11. Approximately fifty-nine cases involving the Government's

[1] Although the parties both request this stay, they both reserve their rights to request that the stay be lifted, either in whole or in part, prior to December 15, 2006, if circumstances in this case or other spent nuclear fuel cases warrant it.

actions in connection with spent nuclear fuel ("SNF") and/or high-level waste ("HLW") are currently pending in the Court of Federal Claims.[2]

Both parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including discovery, until December 15, 2006. The parties agree that a stay of proceedings in this case will allow for possible efficiencies because of the resolution of legal and factual issues in previously filed cases in which similar claims are being pursued by other plaintiffs. These issues have been, or are expected to be, presented in trials that have occurred or in which decisions might be expected in the next year,[3] and resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

---

[2] Five other cases have been dismissed voluntarily or by joint stipulation, while a sixth case, Indiana Michigan Power Co. v. United States, 98-486C (Fed. Cl.), has been appealed and has been the subject of an opinion by the Federal Circuit. Indiana Michigan Power Company v. United States, 422 F.3d 1369 (Fed. Cir. 2005). Another case, PSEG Nuclear, LLC v. United States, No. 01-551C, is currently pending before the Federal Circuit, pursuant to an interlocutory appeal.

[3] While the Court of Appeals resolved certain issues regarding future damages in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005), the court there did not address other issues regarding damages that will likely be implicated in this case. Such issues may, however, be addressed, or at least informed, by several cases in which trials have been, or will soon be, completed. Those cases include Yankee Atomic Elec. Co. v. United States, No. 98-126C (Fed. Cl.); Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.); Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.); and Southern Nuclear Operating Company v. United States, 98-614C (Fed. Cl.). The trial courts in Tennessee Valley Authority v. United States, 69 Fed. Cl. 516 (2006) and Sacramento Municipal Utility District v. United States, No. 98-488 (Fed. Cl.) recently addressed certain categories of contract breach damages. The Government has appealed the Tennessee Valley Authority decision, No. 06-5073 (Fed. Cir. Docketed Apr. 19, 2006), and a final judgment has not yet been issued in Sacramento Municipal Utility District. In addition, the judge assigned to Pacific Gas & Electric Co. v. United States, Nos. 04-74C-75C (Fed. Cl.), in which trial concluded on June 15, 2006, has indicated that she intends to issue a final decision and judgment in that case by August 2006 to permit swift appellate review.

The parties request that the stay be continued until December 15, 2006.[4] By that date, there may be appellate guidance on some of the issues implicated by this case, and decisions may be issued in at least some of these cases that have been tried or will be tried. At that time, the Court should allow the parties to submit another status report identifying their positions regarding further activity in the case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed and, therefore, desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions. Finally, should the Court determine that a continuation of the current stay is not warranted, notwithstanding the objection of the parties, the parties respectfully request that the Court schedule a status conference first, so that they may be heard more fully on these issues.

---

[4] The parties note that the stays in several other spent nuclear fuel damages cases have been extended for these reasons, following the Indiana Michigan decision. E.g., Kansas Gas and Electric Company et al. v. United States, No. 04-99 (Fed. Cl.) (Order dated November 28, 2005); TXU Generation Company, LP v. United States, 04-98 (Fed. Cl.) (Order dated November 23, 2005); General Electric Company v. United States,, 04-107C (Order dated December 28, 2005); General Electric Company v. U.S.,, 04-108C (Order dated December 28, 2005); The Cleveland Electric Illuminating Company et al. v. United States, No. 04-69C (Order dated December 28, 2005); PPL Susquehanna, LLC v. United States, No. 04-70C (Order dated April 5, 2006).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brad Fagg
BRAD FAGG
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

*Of Counsel:*

David A. Aamodt
Portland General Electric Company
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 464-8861

G. Kevin Kiely
Cable Huston Benedict Haagensen
& Lloyd, LLP
1001 S.W. 5th Avenue
Portland, Oregon 97204-1136
Telephone: (503) 224-3092

Natalie L. Hocken
PacifiCorp
825 N.E. Multnomah Street, Suite 1800
Portland, Oregon 97232
Telephone: (503) 813-7205

Attorneys for Plaintiffs

June 30, 2006

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of June 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg