# In the United States Court of Federal Claims

No. 04-9C
(Filed: December 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PORTLAND GENERAL ELECTRIC
COMPANY, *et al.,*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' December 15, 2006 status report, all proceedings in this action, including discovery, are stayed until June 29, 2007, at which time the parties shall file a joint status report with the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge