IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, THE CITY OF EUGENE, OREGON, and PACIFICORP, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0009C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Patrick B. Bryan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor
Washington, D.C. 20530

Dated: July 5, 2007

s/ Patrick B. Bryan
PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Telephone: (202) 616-8299
Fax: (202) 307-2503
Email: Patrick.Bryan@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 5th day of July 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan