# In the United States Court of Federal Claims

No. 04-9C
(Filed: July 17, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PORTLAND GENERAL ELECTRIC
COMPANY, *et al.,*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' June 29, 2007 status report, all proceedings in this action, including discovery, are stayed until December 14, 2007, at which time the parties shall file a joint status report with the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge