# In the United States Court of Federal Claims

No. 04-9C
(Filed: December 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PORTLAND GENERAL ELECTRIC COMPANY, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' December 14, 2007 status report, all proceedings in this action, including discovery, are stayed until June 30, 2008, at which time the parties shall file a joint status report with the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge